JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00787 JF |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| VALERIE HARVEY, | |
| Defendant. | SAN JOSE VENUE |

On October 30, 2008, the undersigned parties appeared before the Court for an initial appearance. At that appearance, the defendant, through her attorney, Thomas J. Ferrito, entered a not guilty plea to the charges contained in the indictment. The parties then requested that the case be scheduled for a status hearing before Judge Fogel on November 19, 2008 at 9:00 a.m. The government also requested an exclusion of time under the Speedy Trial Act from October 30, 2008 to November 19, 2008 in order to provide discovery to Mr. Ferrito and to afford him an opportunity to review it. The defendant, through Mr. Ferrito, agreed to the exclusion. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | DATED: 10/31/08 | /s/<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 5 | DATED: | /s/<br>THOMAS J. FERRITO<br>Counsel for Ms. Harvey |

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from October 30, 2008 to November 19, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 11/12/08

HOWARD R. LLOYD
United States Magistrate Judge